1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   FRANCINE ZEPEDA, Bar #091175
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   FRANCISCO ROLANDO REYES

**FILED**

NOV 1 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )   No. 1:09-cr-0188 AWI
12              Plaintiff,             )
                                       )   STIPULATION TO CONTINUE STATUS
13      v.                             )   CONFERENCE HEARING; [PROPOSED]
                                       )   ORDER
14  FRANCISCO ROLANDO REYES,           )
                                       )   Date:  November 16, 2009
15              Defendant.             )   Time:  9:00 A.M.
    _____)   Court: Hon. Anthony W. Ishii
16

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

19  counsel of record herein, that the status conference hearing in the above captioned matter, now

20  scheduled for November 9, 2009, **may be continued to November 16, 2009, at 9:00 A.M.**

21          This continuance is requested by counsel for Defendant.  Counsel will not be in her office the

22  morning of November 9, 2009, and will be unavailable for court at the time now scheduled for hearing.

23  Counsel will accompany her mother who is currently scheduled for eye surgery on the morning of

24  November 9, 2009.   The requested continuance will conserve time and resources for the parties and the

25  court.

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A)

3    and 3161(h)(7)(B)(i) and (iv).

4

5                                            LAWRENCE G. BROWN
                                             Acting United States Attorney
6

7    DATED:  November 3, 2009                  /s/  Ian Garriques
                                             IAN GARRIQUES
8                                            Assistant United States Attorney
                                             Attorney for Plaintiff
9

10                                           DANIEL J. BRODERICK
                                             Federal Defender
11

12   DATED:  November 3, 2009                 /s/ Francine Zepeda
                                             FRANCINE ZEPEDA
13                                           Assistant Federal Defender
                                             Attorney for Defendant
14                                           FRANCISCO ROLANDO REYES

15

16

17

18                              **O R D E R**

19   **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A)

20   and 3161(h)(7)(B)(i) and (iv).

21         DATED:  November _13_, 2009

22

23                                           ANTHONY W. ISHII
                                             United States District Court Judge
24

25

26

27
     Stipulation to Continue Status
28   Conference Hearing; [Proposed] Order          2